Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| Wilcub Caceres and Guillermo Caceres et al _____ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Harmon Office P.C. Et, AL. _____ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one)  ☑ Yes  ☐ No <br><br> 2025 JAN -3 A 11: 13  FILED |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wilcub Caceres and Guillermo Caceres et, al
Street Address: 661-3 Hartford Avenue Providence R.E.
City and County: Providence County
State and Zip Code: Rhode Island 02909-5919
Telephone Number: (978) 831-4927
E-mail Address: cacersmusica@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

# PLAINTIFF

Mirca Benitez Caceres                    661-3 Hartford Avenue Providence RI 02909

Ramon Granados

Guillermo Caceres

Jonathan D. Caceres

Israel D. Caceres

Abraham D. Caceres

Respectfully: Mirca Benitez Caceres

December 27, 2024

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Thomas Walsh, Harmon Offices P.C.
- Job or Title (if known): Law offices
- Street Address: 150 California St Newton
- City and County: Newton, MA.
- State and Zip Code: MA. 02458
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: W. Beth Arcade Ltd and Cox Lane Wilbert
- Job or Title (if known): Law offices
- Street Address: 1116 Park Avenue
- City and County: Cranston County
- State and Zip Code: Rhode Island 02910
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Walter King Enterprises LLC by their Attorney Michael D. Cane
- Job or Title (if known):
- Street Address: 207 Waterman Street 1st Floor
- City and County: Providence County
- State and Zip Code: Rhode Island 02906
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Marcos Luversronisto by their Attorney Michael D. Cane
- Job or Title (if known):
- Street Address: 207 Waterman Street 1st Floor
- City and County: Providence County
- State and Zip Code: Rhode Island 02906
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Federal Question*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Foreclosure and sale false statements with perjury in two affidavits, sale registering, false title without the legal order of a Judge.

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A declaratory judgement, Preliminary and Permanent injunction, Compensatory damage and such other Relief that this Honorable Court Deems Just and Proper.

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/3/2025

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff _[handwritten]_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# U.S. DISTRICT COURT

# DISTRICT OF RHODE ISLAND

(Civil Docket for case#:1.24-cv-00-wes-pas)

Ramon Granados and Mirca Benitez Caceres et, al

<u>Plaintiff</u>

v.

holder of "note" Mortgage Harmon Law Offices, P.C. and

M. Beth ARUDDA, LTD, Carline William t. Law Offices

Defendant

Walter Enterprises LLC

Marcos Inversionista            <u>**COMPLAINT**</u>

Sale invasion, public Auction Intermediate threats written, personal and telephone Harassment, false criminal record, abuse to evict us with violence from a real property that we legally purchased twenty years ago, false statements with perjury In two affidavits affirming the legality of a title false to obtain economic benefits without the order of a judge and multiple false titles with our usurped plat card 776, registering the last one falsification of title where they omitted the sale to Amazon.com. LLC the entire "Hartford Avenue land of Johnston Rhode Island" in the name of our eldest son to criminalize us and lock us all up like they locked up my second son ten years ago.

These terrorist actions our family were done without a legal order signed by a judge. On February 1, 2023 Harmon Office receives "Assignment of Mortgage" and the closure of the fraudulent sale to Amazon.com. LLC was made on November 19, 2021 where they declared Johnston "City of Amazon" Harmon Office has been designated to invent a false "Note" Criminalize my oldest son as the owner of that false title and forcibly remove us from our property through his two hitmen named Walter King and Marcos Investor (who Nobody Knows his true Identity. M. Beth Arruda office who falsified the first deed of our Plat card 776, changed the designation of lot 40 for lot 41, took away the land 139 that we legally purchased and made a new succession of heirs and took all our properties since January 13, 2006 and legally registered as my lawyer without my consent, holding constant hearings to accuse me of through a restraining order from his former tenant that I have never approached her or spoke to her. The hearings continue without me being present or knowing anything about that case with the purpose of taking me to prison since on September 7, 2021 the day of the hearing where she obtained a partial judgement. They took us to show us the hearing room and took us upstairs to a place where there was no light and many broken chairs and desks and we opened Facebook Live and that saved us, Honorable Judge, we cannot return to the state courts with this relevant case.

# PRAYERS FOR RELIEF

Wherefore, plaintiff respectfully prays for the following relief:

1. A declaratory judgement declaring that plaintiff's is the sole owner of the property and that defendant's has no ownership interest in the property.
2. Preliminary and a permanent injunction enjoining defendant's with giving any type of notice to plaintiff's tenants who reside at the property that defendant owns the properties or has any right to demand the payment or rent to terminate any tenants at the property; and also enjoining defendant's from executing or having any one else execute any deeds which purportedly convey plaintiff's property to defendant or any other person or entity.
3. Compensatory damages arising from defendant's slander of plaintiff's title to the property, including fees incurred by plaintiff's loss of rent from the tenants that the defendants removed of defendant's wrongful eviction actions, and for the loss of profit plaintiff incurs because of plaintiff's inability to sell the real estate because of the encumbrances caused by defendant's wrongful acts.
4. Punitive damages due to defendant's fraudulent acts and malicious slander of plaintiff's title to the property.
5. Such other relief that this Honorable Court, deems just and proper.

Mirca Benitez et al.

By
Guillermo Caceres
Ramon Granados
Jonathan Caceres
Israel Caceres
Abraham Caceres

## CERTIFICATE OF SERVICE

We, Mirca Benitez Caceres and Ramon Granados hereby certify that on December 27, 2024 we electronically filed the foregoing document with the clerk of court personally, which will send notification of such filing to all registered participants. I also certify that on the same date, I caused the mailing that on the same date, I caused the mailing of the document by united states postal service, certified mail, postage pre-paid to the following:

Dated: December 27, 2024

| | |
|---|---|
| M. Beth Arruda, LTD. And Carline William T. Law Offices | Respectfully: |
| 1116 Park Avenue Cranston, Rhode Island 02910 | Mirca Benitez Caceres |
| Thomas J. Walsh | Ramon Granados |
| Harmon Law Offices. P.C. | Guillermo Caceres |
| 150 California Street newton, MA 02458 | Jonathan D. Caceres |
| Phone: (617) 558-0508 | Israel D. Caceres |
| | Abraham D. Caceres |
| | 661-3 Hartford Avenue |
| | Providence, RI 02909 |

Walter King Enterprises LLC by their attorney, Micheal D. Crane

207 Waterman Street 1st floor, Providence RI 02906

Marcos Inversion by their attorney, Micheal D. Crane

207 Waterman Street 1st floor, Providence RI 02906