# Exhibit 1

# Plat

OF LAND ON HARTFORD AVE. JOHNSTON R.I.

BELONGING TO

# Herbert B. Wood

BEING A RE-PLAT OF A PORTION OF A PLAT ENTITLED

## "PLAT OF LAND IN JOHNSTON R.I.

BELONGING TO

## BENJAMIN H HAWKINS

*Surveyed & Drawn by J A Latham April 1889"*

REPLATTED JUNE 1893 BY R.S. MOWRY

Scale 60 ft = 1 inch

Note: I hereby reserve the right to close the street adjoining lots 14, 15, 22 to 27 inclusive in case Westfield Street should be opened in a straight line to Hartford Avenue as indicated by the dotted lines on the plat

Herbert B Wood

RECEIVED ON FILE.
JOHNSTON, R.I. June 30, 1893.
AT ___ O'CLOCK ___ M.
Wm F. King
Town CLERK





OLD KILLINGLY ROAD

Stone bound taken

93.38

| Plat | Lot | Street | | Date |
|---|---|---|---|---|
| 114 | 138 | Hartford Ave. | | |
| Herbert B. Wood | | | | 1 Jl '98 |
| Mary Wood wife Herbert B. | | | | 2 D '01 |
| Herbert B. Wood | | | | 1 Ap '07 |
| Zaletta M. Wood | | | | 10 Je '11 |
| Nicholas S. Winsor, | | Smithfield | | 1 F '13 |
| William H. Cochrane & wife Delia | | | | 1 Ap '15 |
| Rose Ciolfi | | | | JUN '46 |
| Luigi Ciolfi & wf | | Natalina, Jt. Ten. | | 1214/764 · 7/27/ |

True Copy Attest
Steph P. Bowles
Office of Clerk of Superior Court
Counties of Providence &c
Providence, Rhode Is.

O-Library Bureau 111-9357 -A

Benito

Summary Record Card generated on 12/31/2018 11:21:05 AM by Yuberki Torres                                     Page 1

# City of Providence
## Tax Map # 114-0138-0000
Parcel Id 43298
661 Hartford Ave, Providence
Mirca Benitez Since Jul 2008
661 Hartford Ave
Providence RI  02909

| | | | | |
|---|---|---|---|---|
| Class | 02 2 -5 Family | Roll Section | | 1 Taxable |
| Property Type | 1 Residential | Nbhd | | 1350 1350 |
| Zoning | C2 C-2 | Zoning2 | | C2 C-2 |
| Zoning3 | C2 C-2 | District No. | | 3 |
| Living Units | 2 | Tax Code | | R01 R01 |
| Size Total | 0.11 Acres | | | |
| FY | 2018 | | | |

## Owner (Current)
Mirca Benitez
661 Hartford Ave
Providence RI  02909

Israel Caceres
661 Hartford Ave
Providence RI  02909

## Owner (Previous)
LUIGI CIOLFI
37  MIDDLETON ST
PROVIDENCE, RI  02909-5720

NATALINA CIOLFI
37  MIDDLETON ST
PROVIDENCE, RI  02909-5720

Paul B Scorpio II
28 A St
Cranston, RI  02920

Guillermo Caceres
661 Hartford Ave
Providence, RI  02909

Ramon Granados
661 Hartford Ave
Providence, RI  02909

Mirca Benitez
661 Hartford Ave
Providence RI  02909

## Parcel Info.
| | | | |
|---|---|---|---|
| Subdivision | Effective Year | Inactive Year | Legal |
| / | 1967 | 9999 | |

## Legal Description
| | | | |
|---|---|---|---|
| Front Size | | Class | 02 2 -5 Family |
| Size 1 | 4941 Square Feet | Primary Land | |
| Size 2 | | Property Type | 1 Residential |
| Size Total | 0.11 Acres | | |

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN-REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

# COUNTY DEED RECORDS

Expire Date: 3/1/2023

Home Owner ID: CH84637773

## Registration Fee Voucher

**$199.00**

Signature required for redemption

Lender Info: CLASSIFIED FOR PRIVACY

**To The Order Of**

29338 T87 P5 ************AUTO**ALL FOR AADC 028
Jonathan David
661 Hartford Ave
Providence RI 02909-5919

Signature:

*Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.*
**THIS IS NOT A CHECK**

---

HOME WARRANTY DIRECT
Home Warranty Dept

IMMEDIATE RESPONSE TO THIS
NOTICE REQUESTED

Notice Date: 2/6/2023
Contact Phone: 1-800-301-5412
Home Owner ID: CH84637773
**Respond By: 3/1/2023**

## FINAL NOTICE

Call to verify the above information
**Before the respond date expires!**

Read below for more information

**Lender Info: CLASSIFIED FOR PRIVACY**

Home Owner ID: CH84637773

IMMEDIATE RESPONSE REQUESTED

ATTENTION: Jonathan David

This letter is to inform you that the property's home warranty, at 661 Hartford Ave, Providence, RI 02909-5919 secured by CLASSIFIED FOR PRIVACY, may be expiring or may have already expired.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

**Please Call IMMEDIATELY as this will be our FINAL ATTEMPT TO NOTIFY YOU 1-800-301-5412.**

Without a home warranty in place, you are at risk of being financially liable for any and all repairs. However, you still may have time left to activate a Warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

We reserve the right to revoke your eligibility for service coverage after 5 days.

PLEASE RESPOND BY: 3/1/2023

PHONE: 1-800-301-5412

### CALL 1-800-301-5412
Operating Hours: Monday - Friday 8AM TO 9PM CST, SAT 10AM TO 2PM CST

**Se Habla Español: 888-809-4797**

Home Owner ID: CH84637773

TOLL-FREE: 1-800-301-5412

Print Date: 2/8/2023   Tax Year: 2022

# City of Providence
## Duplicate Bill

Jonathan David Caceres
661 Hartford Ave
Providence RI  02909

**\*AC92216512003\***

ACCOUNT NO: 92216512003
LENDER:

| | |
|---|---|
| 2022 TAX DUE: | $1,216.63 |
| 2022 INTEREST DUE: | |
| PRIOR YEARS TAXES DUE: | |
| PRIOR YEARS INTEREST DUE: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$1,216.63** |

### DESCRIPTION

#### REAL ESTATE

| YR | PLAT/LOT | PROPERTY LOC. | TOTAL A. | ORIG. DUE | ADJ./AB. | CHARGES. | INT. | REVERS. | REFUND | PAYMENTS | TOT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 114-0138-0000 | 661 Hartford Ave | $273,400.00 | $4,866.52 | | $0.00 | $0.00 | | | $3,649.89 | $1,216.63 |
| | | | | | | | | | Interest as of date: | | $0.00 |
| | | REAL ESTATE TOTAL: | $4,866.52 | | | $0.00 | $0.00 | | | $3,649.89 | $1,216.63 |

| | PRIOR YEARS | CURRENT YEAR | QTR1 | QTR2 | QTR3 | QTR4 |
|---|---|---|---|---|---|---|
| REAL ESTATE TAX: | | $1,216.63 | | | | $1,216.63 |
| TANGIBLE TAX: | | | | | | |
| EXCISE TAX: | | | | | | |
| **TOTAL AMOUNT DUE :** | | **$1,216.63** | | | | **$1,216.63** |

Page 1 of 1

9.5.1   \\Webserver\Govern\Reports\pro_billre.rpt

Document Prepared By:
Ronald E Meharg, 888-362-9638
Recording Requested By:
Option One Mortgage Corporation, Inc.
When Recorded Return To:
DOCX
1111 Alderman Dr.
Suite 350
Alpharetta, GA 30005

| OPT1 | 647 | 0018731786 |

CRef#:06/22/2008-PRef#:R062-POF
Date:06/12/2008-Print Batch ID:53511
Property Address:
661 HARTFORD AVE
PROVIDENCE, RI 02909

Doc No: 00015164
Book: 9136   Page:   18

RECEIVED:

Providence
Received for Record
Jun 23,2008   at   11:06:41A
Document Num:   00015164
John A Murphy
Recorder of Deeds

This Space for Recorder's Use Only

## MORTGAGE RELEASE, SATISFACTION, AND DISCHARGE

IN CONSIDERATION of the payment and full satisfaction of all indebtedness secured by that certain Mortgage described below, the undersigned, OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION, whose address is 6501 Irvine Center Drive, Irvine, CA 92618, being the present legal owner of said indebtedness and thereby entitled and authorized to receive said payment, does hereby release, satisfy, and discharge said Mortgage in full and does hereby consent that the same be canceled and discharged of record.

Original Borrower(s): GUILLERMO CACERES
Original Mortgagee: Option One Mortgage Corporation, A California Corporation
Date of Mortgage: 09/07/2005        Loan Amount: $42,750.00
Recording Date: 09/07/2005   Book: 7539   Page: 129
and recorded in the official records of the City of Providence, State of Rhode Island affecting Real Property and more particularly described on said Mortgage referred to herein.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed on this date of 06/17/2008.

OPTION ONE MORTGAGE CORPORATION, A
CALIFORNIA CORPORATION

Witness: Christie Baldwin

Rita Knowles
Vice President

State of GA
County of Fulton

On this date of 06/17/2008, before me, the undersigned authority, a Notary Public duly commissioned, qualified and acting within and for the aforementioned State and County, personally appeared the within named Rita Knowles, known to me (or identified to me on the basis of satisfactory evidence) that he or she is the Vice President of OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION and was duly authorized in his or her respective capacity to execute the foregoing instrument for and in the name and in behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

Witness my hand and official seal on the date hereinabove set forth.

Notary Public:

Veronica Turner
NOTARY PUBLIC
Fulton County
State of Georgia
My Commission Expires
August 31, 2010

1. See Exhibit "A". Attached hereto and incorporated herein by the property Located in the city of Providence, Rhode Island, more particularly described as Follows:

Exhibit "A"

The certain lot of land with the building and improvements thereon, located in the City of Providence, County of Providence, State of Rhode Island, laid out and designated as lot numbered forty (40) on that plat entitled, "Plat of Land on Hartford Avenue, Johnston, R.I., belonging to Herbert H. Wood, being a Re-plat for a portion of a Plat entitled 'Plat of Land in Johnston, R.I., belonging to Benjamin H. Hawkins, surveyed and drawn by J. A. Latham, April 1889' replatted June 1893 by H. E. Mowry" which said plat is on record in the land records of the City of Providence on Plat Card 776.

This property is conveyed subject to an easement and right of way for the benefit of 659 Hartford Avenue, currently identified as lot 139 on assessor's plat 114 and designated as lot 41 on the aforementioned plat, over and across the northerly eighteen (18) feet in depth of the entire width of lot 40 to pass and repass by foot or vehicle from Midelton Street to the rear of lot 41. Said easement being further described as follows:

Beginning at a point being the northwesterly corner of lot 40, thence in a southerly direction eighteen (18) feet to a point in the westerly side of said lot; thence in an easterly direction fifty (50) feet to a point on the easterly side of said lot; thence in a northerly direction eighteen (18) feet to a point being the northeasterly corner of said lot; thence in a westerly direction fifty (50) feet to the point and place of beginning.

In consideration of granting this easement and right of way, the owner of lot 41 (650 Hartford Ave.) shall be responsible for maintaining the easement. This easement and right of way shall run with the land and is binging on successors, heirs and assigns.

Being a portion of the premises conveyed to Luigi and Natalina Ciolfi by deed of Rose Ciolfi recorded in Book 1214 page 746.

Property Address: 661 Hartford Ave.
Assessor's plat 114 lot 138